**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN JOSE AVILA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. CV 14-7999 MMM (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that the Complaint is denied and Judgment shall be entered dismissing this action with prejudice.

\\

1     IT IS FURTHER ORDERED that the Clerk serve copies of this
2 Order and the Judgment herein on Plaintiff at his current address
3 of record.

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

7 DATED: 5/7/15     */s/ Margaret M. Morrow*

                              MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE