1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JUAN JOSE AVILA,                    Case No. CV 14-7999 MMM (SS)

12              Plaintiff,

13       v.                              **JUDGMENT**

14   COUNTY OF LOS ANGELES, et al.,

15              Defendants.

16

17

18       Pursuant  to  the  Court's  Order  Accepting  Findings,

19   Conclusions  and  Recommendations  of  United  States  Magistrate

20   Judge,

21

22       IT IS HEREBY ADJUDGED that the above-captioned action is

23   dismissed with prejudice.

24

25   DATED:  5/7/15

26                                   _____

27                                   MARGARET M. MORROW
                                     UNITED STATES DISTRICT JUDGE
28